# Complaint Exhibit 5

CMS Newsroom

Fact Sheets Dec 24, 2025

# Final Local Coverage Determinations (LCDs) for Certain Skin Substitutes Withdrawn

Coverage

Share

**Final Local Coverage Determinations (LCDs) for Certain Skin Substitutes Withdrawn**

Effective immediately, CMS' A/B Medicare Administrative Contractors (MACs) are withdrawing the Local Coverage Determinations (LCDs) for Skin Substitute Grafts/Cellular and Tissue-Based Products for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers that were scheduled to become effective on January 1, 2026.

For more information on the LCD process, see https://www.cms.gov/cms-guide-medical-technology-companies-and-other-interested-parties/coverage/local-coverage-determination-process-and-timeline.

For additional information on CMS's efforts to reduce Medicare spending waste for skin substitutes, see the following:

Press release, "CMS Modernizes Payment Accuracy and Significantly Cuts Spending Waste": https://www.cms.gov/newsroom/press-releases/cms-modernizes-payment-accuracy-significantly-cuts-spending-waste.

Fact Sheet, Calendar Year 2026 Medicare Physician Fee Schedule Final Rule (CMS-1832-F): https://www.cms.gov/newsroom/fact-sheets/calendar-year-cy-2026-medicare-physician-fee-schedule-final-rule-cms-1832-f.

*Note: This webpage was updated on December 24, 2025.*

###

Get CMS news at cms.gov/newsroom, sign up for CMS news via email and follow CMS on X @CMSgov

Previous Newsroom Article

CMS.gov

A federal government website managed and paid for by the U.S. Centers for Medicare & Medicaid Services.

7500 Security Boulevard, Baltimore, MD 21244