# Complaint Exhibit 6

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services:
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

PAUL BEZAS, PA
PO BOX 1805
GILLETTE, WY 82717-1805

**Medicare Appeal Decision**

December 19, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 18, 2024 |
| Correspondence Control Number: | 6424299614000 |
| Internal Control Number: | 3224187009310 |

Dear Paul Bezas, PA:

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the service at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC). Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights."

A copy of this letter was also sent to [redacted]. Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal.

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 18, 2024
- Type of Service: Surgery
- A claim was submitted for 32 units of Q4204-JZ.
- An initial determination on this claim was made on September 5, 2024.
- The services were denied due to the following:
    - These are non-covered services because this is not deemed a 'medical necessity' by Medicare. Usage: Refer to the 835 Healthcare Policy Identification Segment (loop 2110 Service Payment Information REF), if present.
- On October 25, 2024 we received a request for a redetermination.
- An Electronically Submitted Appeal Form and Office Notes were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment of this service. Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:

- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support procedure code Q4204. The documentation indicated the beneficiary presented for wound care for a pressure sore with skin substitute applied. Our Contractor Medical Directors have reviewed similar claims and has been deemed that this service is investigational due to insufficient data to

support benefit to a pressure sore from the application of a skin substitute, and therefore, does not meet the requirements to be medically necessary. Therefore, no payment will be allowed. The denial message has been changed to state, "Procedure/treatment has not been deemed 'proven to be effective' by Medicare." For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR. An adjusted claim is being processed. If you do not receive a new Remittance Advice within 45 days, please contact us at one of the phone numbers located in this letter.

WHO IS RESPONSIBLE FOR THE BILL?

After determining that the item or service will not be covered by Medicare, we must determine who is financially liable for the denied item or service. When an item or service is denied under §1862(a)(1), §1862(a)(9), or §1879(g) of the Social Security Act (the Act), we must determine if the beneficiary and the provider either knew or could reasonably be expected to know that the item or service would not be covered. This is known as the limitation on liability provision of §1879 of the Act.

If the beneficiary was informed by their provider in writing in advance of receiving the service that Medicare may not make payment (through receipt of an Advance Beneficiary Notice of Noncoverage), the beneficiary may be responsible for the cost of the denied item or service. If the provider knew or could reasonably be expected to know the item or service would not be covered, but the beneficiary did not have such knowledge, then the provider may be responsible for the cost of the denied item or service.

There is no evidence to indicate that the provider notified the beneficiary in advance that the service would not be covered by Medicare. Therefore, we have determined that the beneficiary did not know and could not reasonably have been expected to know that the service would not be covered.

In addition, we have determined that the provider either knew or could reasonably be expected to know that the service would not be covered by Medicare. Based on the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR, the provider knew or should have known the item provided would not be covered.

Since the provider has been determined to have had knowledge of the non-covered service, the provider is liable for the cost of the denied service. The provider may not bill the beneficiary for the cost of the denied service and must refund any monies collected from the beneficiary.

NOTE TO BENEFICIARY:

If you paid any amounts to Paul Bezas, PA for this service, Medicare will pay you back the amount you paid. To get this payment, bring or send to this office three things:

1) A copy of this notice,
2) Your provider's bill, and
3) The payment receipt, your cancelled check, or any other evidence showing that you have already paid Paul Bezas, PA for the services at issue.

You should file your written request for refund within 6 months of the date of this notice.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians and providers **ONLY**) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Cynthia F
Melissa C, RN, BSN, MSN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" handbook, under the "Talk to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals.

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal.

If you need more information or have any questions, please contact our office at the appropriate number listed below. You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**
1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE:
https://med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https://med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number: 6424299614000

**Reconsideration Request Form**

**Directions:** If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request.

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted] ________________

2a. Medicare Number: ________________

2b. Claim Number: [redacted] ________________

3. Provider Name: Paul Bezas, PA

4. Person Appealing: ☐ Beneficiary ☐ Provider of Service ☐ Representative

5. Address of the Person Appealing: ________________

5a. Telephone Number of the Person Appealing: ________________

5b. Email Address of the Person Appealing: ________________

6. Item or service you wish to appeal: ________________

7. Date of the service: From ____/____/____ To ____/____/____

8. Does this appeal involve an overpayment? ☐ Yes ☐ No
*Please include a copy of the demand letter (if applicable) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): ________________

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
☐ Medical Records ☐ Office Records/Progress Notes ☐ Treatment Plan
☐ Copy of the Claim ☐ Certificate of Medical Necessity

11. Name of Person Appealing: ________________

12. Signature of Person Appealing: ________________ Date: ____/____/____

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services:
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

PAUL BEZAS, PA
PO BOX 1805
GILLETTE, WY 82717-1805

**Medicare Appeal Decision**

December 05, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 26, 2024 |
| Correspondence Control Number: | 6424284613000 |
| Internal Control Number: | 3224187009290 |

Dear Paul Bezas, PA:

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the service at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC). Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights."

A copy of this letter was also sent to [redacted]. Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal.

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 26, 2024
- Type of Service: Surgery
- A claim was submitted for 16 units of Q4204-JZ.
- An initial determination on this claim was made on September 5, 2024.
- The services were denied due to the following:
    - These are non-covered services because this is not deemed a 'medical necessity' by Medicare. Usage: Refer to the 835 Healthcare Policy Identification Segment (loop 2110 Service Payment Information REF), if present.
- On October 10, 2024 we received a request for a redetermination.
- An Electronically Submitted Appeal Form, Graft Details, Encounter Note, Letter of Medical Necessity, Invoice, and Wound Graft Article were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment of this service. Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:
- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support payment for Q4204. The documentation indicated the beneficiary presented for wound care with a skin substitute applied. Our Contractor Medical Directors have reviewed similar claims,

and it has been deemed that this service is investigational as there is poor evidence to support benefit from the application of a skin substitute and, therefore, does not meet the requirements to be medically necessary. Therefore, no payment will be allowed. The denial message has been changed to state, "Procedure/treatment has not been deemed 'proven to be effective' by Medicare." For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR. An adjusted claim is being processed. If you do not receive a new Remittance Advice within 45 days, please contact us at one of the phone numbers located in this letter.

Multiple redetermination requests were received for this service on Correspondence Control Number 6424299615000 on October 25, 2024 via Electronic Submission. This redetermination decision was timely in accordance with 42 CFR §405.944(c).

WHO IS RESPONSIBLE FOR THE BILL?

After determining that the item or service will not be covered by Medicare, we must determine who is financially liable for the denied item or service. When an item or service is denied under §1862(a)(1), §1862(a)(9), or §1879(g) of the Social Security Act (the Act), we must determine if the beneficiary and the provider either knew or could reasonably be expected to know that the item or service would not be covered. This is known as the limitation on liability provision of §1879 of the Act.

If the beneficiary was informed by their provider in writing in advance of receiving the service that Medicare may not make payment (through receipt of an Advance Beneficiary Notice of Noncoverage), the beneficiary may be responsible for the cost of the denied item or service. If the provider knew or could reasonably be expected to know the item or service would not be covered, but the beneficiary did not have such knowledge, then the provider may be responsible for the cost of the denied item or service.

There is no evidence to indicate that the provider notified the beneficiary in advance that the service would not be covered by Medicare. Therefore, we have determined that the beneficiary did not know and could not reasonably have been expected to know that the service would not be covered.

In addition, we have determined that the provider either knew or could reasonably be expected to know that the service would not be covered by Medicare. Based on the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR, the provider knew or should have known the item provided would not be covered.

Since the provider has been determined to have had knowledge of the non-covered service, the provider is liable for the cost of the denied service. The provider may not bill the beneficiary for the cost of the denied service and must refund any monies collected from the beneficiary.

NOTE TO BENEFICIARY:

If you paid any amounts to Paul Bezas, PA for this service, Medicare will pay you back the amount you paid. To get this payment, bring or send to this office three things:

1) A copy of this notice,
2) Your provider's bill, and
3) The payment receipt, your cancelled check, or any other evidence showing that you have already paid Paul Bezas, PA for the services at issue.

You should file your written request for refund within 6 months of the date of this notice.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians and providers **ONLY**) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Cynthia F
Amelia S, RN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" handbook, under the "Talk to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals.

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal.

If you need more information or have any questions, please contact our office at the appropriate number listed below. You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**
1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE:
https://med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https://med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number: 6424284613000

## Reconsideration Request Form

**Directions:** If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request.

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted] ______

2a. Medicare Number: ______

2b. Claim Number: [redacted] ______

3. Provider Name: Paul Bezas, PA

4. Person Appealing: ☐ Beneficiary ☐ Provider of Service ☐ Representative

5. Address of the Person Appealing: ______

5a. Telephone Number of the Person Appealing: ______

5b. Email Address of the Person Appealing: ______

6. Item or service you wish to appeal: ______

7. Date of the service: From ____/____/____ To ____/____/____

8. Does this appeal involve an overpayment? ☐ Yes ☐ No
*Please include a copy of the demand letter (if applicable) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): ______

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
☐ Medical Records ☐ Office Records/Progress Notes ☐ Treatment Plan
☐ Copy of the Claim ☐ Certificate of Medical Necessity

11. Name of Person Appealing: ______

12. Signature of Person Appealing: ______ Date: ____/____/____

Contractor Number 03602

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services:
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

PAUL BEZAS, PA
PO BOX 1805
GILLETTE, WY 82717-1805

**Medicare Appeal Decision**

December 04, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 30, 2024 |
| Correspondence Control Number: | 6424284610110 |
| Internal Control Number: | 3224185029540 |

Dear Paul Bezas, PA:

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the services at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC). Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights."

A copy of this letter was also sent to [redacted]. Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal.

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 30, 2024
- Type of Service: Surgery
- A claim was submitted for 16 units of Q4204-JZ.
- An initial determination on this claim was made on August 15, 2024.
- The services were denied due to the following:
  - Procedure/treatment has not been deemed `proven to be effective' by Medicare.
- On October 10, 2024 we received a request for a redetermination.
- An Electronically Submitted Appeal Form, Office Notes, Wound Care Report, Wound Picture, Appeal Letter, and Invoice were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment for the services. Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

This redetermination was requested based on a finding by our Contractor Medical Directors (CMDs). Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:

- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support payment for Q4204. The documentation indicated the beneficiary presented for wound care with a skin substitute applied. Our Contractor Medical Directors have reviewed this claim, and it has been deemed that this service is investigational as there is no data to support benefit to a pressure sore from the application of a skin substitute and, therefore, does not meet the requirements to be medically necessary. Therefore, no payment will be allowed. For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR.

WHO IS RESPONSIBLE FOR THE BILL?

The services in question are denied as provider responsibility. Therefore, the provider is responsible for the denied charges.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians and providers **ONLY**) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Shelly O
Lisa H, RN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" handbook, under the "Talk to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals.

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal.

If you need more information or have any questions, please contact our office at the appropriate number listed below. You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**
1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE:
https://med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https://med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number: 6424284610110

## Reconsideration Request Form

**Directions:** If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request.

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted]________________

2a. Medicare Number: ________________

2b. Claim Number: [redacted]________________

3. Provider Name: Paul Bezas, PA

4. Person Appealing: ☐ Beneficiary ☐ Provider of Service ☐ Representative

5. Address of the Person Appealing: ________________

5a. Telephone Number of the Person Appealing: ________________

5b. Email Address of the Person Appealing: ________________

6. Item or service you wish to appeal: ________________

7. Date of the service: From ____/____/____ To ____/____/____

8. Does this appeal involve an overpayment? ☐ Yes ☐ No
*Please include a copy of the demand letter (if applicable) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): ________________

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
☐ Medical Records ☐ Office Records/Progress Notes ☐ Treatment Plan
☐ Copy of the Claim ☐ Certificate of Medical Necessity

11. Name of Person Appealing: ________________

12. Signature of Person Appealing: ________________ Date: ____/____/____

Contractor Number 03602

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

[redacted]

**Medicare Appeal Decision**

December 19, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 18, 2024 |
| Correspondence Control Number: | 6424299614000 |
| Internal Control Number | 3224187009310 |

This is a copy of the letter that was sent to your provider.

Dear Paul Bezas, PA

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the service at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC) Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights"

A copy of this letter was also sent to [redacted]. Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal.

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 18, 2024
- Type of Service Surgery
- A claim was submitted for 32 units of Q4204-JZ
- An initial determination on this claim was made on September 5, 2024.
- The services were denied due to the following:
  - These are non-covered services because this is not deemed a 'medical necessity' by Medicare. Usage: Refer to the 835 Healthcare Policy Identification Segment (loop 2110 Service Payment Information REF), if present
- On October 25, 2024 we received a request for a redetermination
- An Electronically Submitted Appeal Form and Office Notes were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment of this service Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:

- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support procedure code Q4204. The documentation indicated the beneficiary presented for wound care for a pressure sore with skin substitute applied. Our Contractor Medical Directors have reviewed similar claims and has been deemed that this service is investigational due to insufficient data to support benefit to a pressure sore from the application of a skin substitute, and therefore, does not meet the requirements to be medically necessary. Therefore, no payment will be allowed. The denial message has been changed to state, "Procedure/treatment has not been deemed 'proven to be effective' by Medicare." For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR. An adjusted claim is being processed. If you do not receive a new Remittance Advice within 45 days, please contact us at one of the phone numbers located in this letter.

WHO IS RESPONSIBLE FOR THE BILL?

After determining that the item or service will not be covered by Medicare, we must determine who is financially liable for the denied item or service. When an item or service is denied under §1862(a)(1), §1862(a)(9), or §1879(g) of the Social Security Act (the Act), we must determine if the beneficiary and the provider either knew or could reasonably be expected to know that the item or service would not be covered This is known as the limitation on liability provision of §1879 of the Act.

If the beneficiary was informed by their provider in writing in advance of receiving the service that Medicare may not make payment (through receipt of an Advance Beneficiary Notice of Noncoverage), the beneficiary may be responsible for the cost of the denied item or service If the provider knew or could reasonably be expected to know the item or service would not be covered, but the beneficiary did not have such knowledge, then the provider may be responsible for the cost of the denied item or service.

There is no evidence to indicate that the provider notified the beneficiary in advance that the service would not be covered by Medicare. Therefore, we have determined that the beneficiary did not know and could not reasonably have been expected to know that the service would not be covered.

In addition, we have determined that the provider either knew or could reasonably be expected to know that the service would not be covered by Medicare. Based on the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR, the provider knew or should have known the item provided would not be covered.

Since the provider has been determined to have had knowledge of the non-covered service, the provider is liable for the cost of the denied service. The provider may not bill the beneficiary for the cost of the denied service and must refund any monies collected from the beneficiary.

NOTE TO BENEFICIARY:

If you paid any amounts to Paul Bezas, PA for this service, Medicare will pay you back the amount you paid. To get this payment, bring or send to this office three things:

1) A copy of this notice,
2) Your provider's bill, and
3) The payment receipt, your cancelled check, or any other evidence showing that you have already paid Paul Bezas, PA for the services at issue.

You should file your written request for refund within 6 months of the date of this notice.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians and providers ONLY) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Cynthia F
Melissa C, RN, BSN, MSN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" handbook, under the "Talk to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal

If you need more information or have any questions, please contact our office at the appropriate number listed below. You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**
1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE
https://med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https://med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number 6424299614000

## Reconsideration Request Form

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted] ______

2a. Medicare Number: ______

2b. Claim Number: [redacted] ______

3. Provider Name: Paul Bezas, PA

4. Person Appealing: ☐ Beneficiary ☐ Provider of Service ☐ Representative

5. Address of the Person Appealing: ______

5a. Telephone Number of the Person Appealing ______

5b. Email Address of the Person Appealing: ______

6. Item or service you wish to appeal: ______

7. Date of the service: From ____/____/____ To ____/____/____

8. Does this appeal involve an overpayment? ☐ Yes ☐ No
*Please include a copy of the demand letter (if applicable) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): ______

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
☐ Medical Records ☐ Office Records/Progress Notes ☐ Treatment Plan
☐ Copy of the Claim ☐ Certificate of Medical Necessity

11. Name of Person Appealing: ______

12. Signature of Person Appealing ______ Date: ____/____/____

Contractor Number 03602

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

PAUL BEZAS, PA
PO BOX 1805
GILLETTE, WY 82717-1805

**Medicare Appeal Decision**

December 19, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 18, 2024 |
| Correspondence Control Number: | 6424299614000 |
| Internal Control Number | 3224187009310 |

Dear Paul Bezas, PA

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the service at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC) Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights"

A copy of this letter was also sent to [redacted]. Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal.

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 18, 2024
- Type of Service Surgery
- A claim was submitted for 32 units of Q4204-JZ
- An initial determination on this claim was made on September 5, 2024.
- The services were denied due to the following:
  - These are non-covered services because this is not deemed a 'medical necessity' by Medicare. Usage: Refer to the 835 Healthcare Policy Identification Segment (loop 2110 Service Payment Information REF), if present
- On October 25, 2024 we received a request for a redetermination
- An Electronically Submitted Appeal Form and Office Notes were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment of this service. Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:
- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support procedure code Q4204. The documentation indicated the beneficiary presented for wound care for a pressure sore with skin substitute applied. Our Contractor Medical Directors have reviewed similar claims and has been deemed that this service is investigational due to insufficient data to

support benefit to a pressure sore from the application of a skin substitute, and therefore, does not meet the requirements to be medically necessary. Therefore, no payment will be allowed. The denial message has been changed to state, "Procedure/treatment has not been deemed 'proven to be effective' by Medicare." For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR. An adjusted claim is being processed. If you do not receive a new Remittance Advice within 45 days, please contact us at one of the phone numbers located in this letter.

WHO IS RESPONSIBLE FOR THE BILL?

After determining that the item or service will not be covered by Medicare, we must determine who is financially liable for the denied item or service. When an item or service is denied under §1862(a)(1), §1862(a)(9), or §1879(g) of the Social Security Act (the Act), we must determine if the beneficiary and the provider either knew or could reasonably be expected to know that the item or service would not be covered. This is known as the limitation on liability provision of §1879 of the Act.

If the beneficiary was informed by their provider in writing in advance of receiving the service that Medicare may not make payment (through receipt of an Advance Beneficiary Notice of Noncoverage), the beneficiary may be responsible for the cost of the denied item or service. If the provider knew or could reasonably be expected to know the item or service would not be covered, but the beneficiary did not have such knowledge, then the provider may be responsible for the cost of the denied item or service.

There is no evidence to indicate that the provider notified the beneficiary in advance that the service would not be covered by Medicare. Therefore, we have determined that the beneficiary did not know and could not reasonably have been expected to know that the service would not be covered.

In addition, we have determined that the provider either knew or could reasonably be expected to know that the service would not be covered by Medicare. Based on the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR, the provider knew or should have known the item provided would not be covered.

Since the provider has been determined to have had knowledge of the non-covered service, the provider is liable for the cost of the denied service. The provider may not bill the beneficiary for the cost of the denied service and must refund any monies collected from the beneficiary.

NOTE TO BENEFICIARY:

If you paid any amounts to Paul Bezas, PA for this service, Medicare will pay you back the amount you paid. To get this payment, bring or send to this office three things:

1) A copy of this notice,
2) Your provider's bill, and
3) The payment receipt, your cancelled check, or any other evidence showing that you have already paid Paul Bezas, PA for the services at issue.

You should file your written request for refund within 6 months of the date of this notice.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians and providers ONLY) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Cynthia F
Melissa C, RN, BSN, MSN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" handbook, under the "Talk to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal

If you need more information or have any questions, please contact our office at the appropriate number listed below You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**
1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE
https://med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https://med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number 6424299614000

**Reconsideration Request Form**

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted] ______

2a Medicare Number: ______

2b. Claim Number: [redacted] ______

3. Provider Name: Paul Bezas, PA

4. Person Appealing: ☐ Beneficiary ☐ Provider of Service ☐ Representative

5. Address of the Person Appealing: ______

5a Telephone Number of the Person Appealing ______

5b. Email Address of the Person Appealing: ______

6. Item or service you wish to appeal: ______

7. Date of the service: From ____/____/____ To ____/____/____

8. Does this appeal involve an overpayment? ☐ Yes ☐ No
*Please include a copy of the demand letter (if applicable) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): ______

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
☐ Medical Records ☐ Office Records/Progress Notes ☐ Treatment Plan
☐ Copy of the Claim ☐ Certificate of Medical Necessity

11. Name of Person Appealing: ______

12. Signature of Person Appealing ______ Date: ____/____/____

Contractor Number 03602

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

[redacted]

**Medicare Appeal Decision**

December 05, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 26, 2024 |
| Correspondence Control Number: | 6424284613000 |
| Internal Control Number | 3224187009290 |

This is a copy of the letter that was sent to your provider.

Dear Paul Bezas, PA

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the service at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC) Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights"

A copy of this letter was also sent to [redacted] Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 26, 2024
- Type of Service Surgery
- A claim was submitted for 16 units of Q4204-JZ
- An initial determination on this claim was made on September 5, 2024.
- The services were denied due to the following:
  - These are non-covered services because this is not deemed a 'medical necessity' by Medicare. Usage: Refer to the 835 Healthcare Policy Identification Segment (loop 2110 Service Payment Information REF), if present
- On October 10, 2024 we received a request for a redetermination
- An Electronically Submitted Appeal Form, Graft Details, Encounter Note, Letter of Medical Necessity, Invoice, and Wound Graft Article were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment of this service Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:

- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support payment for Q4204. The documentation indicated the beneficiary presented for wound care with a skin substitute applied. Our Contractor Medical Directors have reviewed similar claims, and it has been deemed that this service is investigational as there is poor evidence to support benefit from the application of a skin substitute and, therefore, does not meet the requirements to be medically necessary. Therefore, no payment will be allowed. The denial message has been changed to state, "Procedure/treatment has not been deemed 'proven to be effective' by Medicare." For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR. An adjusted claim is being processed. If you do not receive a new Remittance Advice within 45 days, please contact us at one of the phone numbers located in this letter.

Multiple redetermination requests were received for this service on Correspondence Control Number 6424299615000 on October 25, 2024 via Electronic Submission. This redetermination decision was timely in accordance with 42 CFR §405.944(c).

WHO IS RESPONSIBLE FOR THE BILL?

After determining that the item or service will not be covered by Medicare, we must determine who is financially liable for the denied item or service. When an item or service is denied under §1862(a)(1), §1862(a)(9), or §1879(g) of the Social Security Act (the Act), we must determine if the beneficiary and the provider either knew or could reasonably be expected to know that the item or service would not be covered. This is known as the limitation on liability provision of §1879 of the Act.

If the beneficiary was informed by their provider in writing in advance of receiving the service that Medicare may not make payment (through receipt of an Advance Beneficiary Notice of Noncoverage), the beneficiary may be responsible for the cost of the denied item or service. If the provider knew or could reasonably be expected to know the item or service would not be covered, but the beneficiary did not have such knowledge, then the provider may be responsible for the cost of the denied item or service.

There is no evidence to indicate that the provider notified the beneficiary in advance that the service would not be covered by Medicare. Therefore, we have determined that the beneficiary did not know and could not reasonably have been expected to know that the service would not be covered.

In addition, we have determined that the provider either knew or could reasonably be expected to know that the service would not be covered by Medicare. Based on the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR, the provider knew or should have known the item provided would not be covered.

Since the provider has been determined to have had knowledge of the non-covered service, the provider is liable for the cost of the denied service. The provider may not bill the beneficiary for the cost of the denied service and must refund any monies collected from the beneficiary.

NOTE TO BENEFICIARY:

If you paid any amounts to Paul Bezas, PA for this service, Medicare will pay you back the amount you paid. To get this payment, bring or send to this office three things:

1) A copy of this notice,
2) Your provider's bill, and

3) The payment receipt, your cancelled check, or any other evidence showing that you have already paid Paul Bezas, PA for the services at issue.

You should file your written request for refund within 6 months of the date of this notice.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians and providers ONLY) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Cynthia F
Amelia S, RN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" handbook, under the "Talk to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal

If you need more information or have any questions, please contact our office at the appropriate number listed below. You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**
1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE
https://med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https://med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number 6424284613000

## Reconsideration Request Form

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted] ______________________

2a. Medicare Number: ______________________

2b. Claim Number: [redacted] ______________________

3. Provider Name: Paul Bezas, PA

4. Person Appealing: ◻ Beneficiary ◻ Provider of Service ◻ Representative

5. Address of the Person Appealing: ______________________

5a. Telephone Number of the Person Appealing ______________________

5b. Email Address of the Person Appealing: ______________________

6. Item or service you wish to appeal: ______________________

7. Date of the service: From ____/____/____ To ____/____/____

8. Does this appeal involve an overpayment? ◻ Yes ◻ No
*Please include a copy of the demand letter (if applicable) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): ______________________

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
◻ Medical Records ◻ Office Records/Progress Notes ◻ Treatment Plan
◻ Copy of the Claim ◻ Certificate of Medical Necessity

11. Name of Person Appealing: ______________________

12. Signature of Person Appealing ______________________ Date: ____/____/____

Contractor Number 03602

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

PAUL BEZAS, PA
PO BOX 1805
GILLETTE, WY 82717-1805

**Medicare Appeal Decision**

December 05, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 26, 2024 |
| Correspondence Control Number: | 6424284613000 |
| Internal Control Number | 3224187009290 |

Dear Paul Bezas, PA

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the service at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC). Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights."

A copy of this letter was also sent to [redacted]. Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal.

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 26, 2024
- Type of Service Surgery
- A claim was submitted for 16 units of Q4204-JZ
- An initial determination on this claim was made on September 5, 2024.
- The services were denied due to the following:
  - These are non-covered services because this is not deemed a 'medical necessity' by Medicare. Usage: Refer to the 835 Healthcare Policy Identification Segment (loop 2110 Service Payment Information REF), if present
- On October 10, 2024 we received a request for a redetermination
- An Electronically Submitted Appeal Form, Graft Details, Encounter Note, Letter of Medical Necessity, Invoice, and Wound Graft Article were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment of this service Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:

- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support payment for Q4204. The documentation indicated the beneficiary presented for wound care with a skin substitute applied. Our Contractor Medical Directors have reviewed similar claims,

and it has been deemed that this service is investigational as there is poor evidence to support benefit from the application of a skin substitute and, therefore, does not meet the requirements to be medically necessary Therefore, no payment will be allowed. The denial message has been changed to state, "Procedure/treatment has not been deemed 'proven to be effective' by Medicare." For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR. An adjusted claim is being processed. If you do not receive a new Remittance Advice within 45 days, please contact us at one of the phone numbers located in this letter.

Multiple redetermination requests were received for this service on Correspondence Control Number 6424299615000 on October 25, 2024 via Electronic Submission. This redetermination decision was timely in accordance with 42 CFR §405.944(c).

WHO IS RESPONSIBLE FOR THE BILL?

After determining that the item or service will not be covered by Medicare, we must determine who is financially liable for the denied item or service. When an item or service is denied under §1862(a)(1), §1862(a)(9), or §1879(g) of the Social Security Act (the Act), we must determine if the beneficiary and the provider either knew or could reasonably be expected to know that the item or service would not be covered This is known as the limitation on liability provision of §1879 of the Act.

If the beneficiary was informed by their provider in writing in advance of receiving the service that Medicare may not make payment (through receipt of an Advance Beneficiary Notice of Noncoverage), the beneficiary may be responsible for the cost of the denied item or service If the provider knew or could reasonably be expected to know the item or service would not be covered, but the beneficiary did not have such knowledge, then the provider may be responsible for the cost of the denied item or service.

There is no evidence to indicate that the provider notified the beneficiary in advance that the service would not be covered by Medicare. Therefore, we have determined that the beneficiary did not know and could not reasonably have been expected to know that the service would not be covered.

In addition, we have determined that the provider either knew or could reasonably be expected to know that the service would not be covered by Medicare. Based on the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR, the provider knew or should have known the item provided would not be covered.

Since the provider has been determined to have had knowledge of the non-covered service, the provider is liable for the cost of the denied service. The provider may not bill the beneficiary for the cost of the denied service and must refund any monies collected from the beneficiary.

NOTE TO BENEFICIARY:

If you paid any amounts to Paul Bezas, PA for this service, Medicare will pay you back the amount you paid. To get this payment, bring or send to this office three things:

1) A copy of this notice,
2) Your provider's bill, and
3) The payment receipt, your cancelled check, or any other evidence showing that you have already paid Paul Bezas, PA for the services at issue.

You should file your written request for refund within 6 months of the date of this notice.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians **and providers ONLY**) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Cynthia F
Amelia S, RN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" **handbook, under the** "**Talk** to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions **about** payment denials **and appeals**

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal **should** be directed to the contractor that is processing your appeal

If you need more **information** or have any questions, please contact our office **at the** appropriate **number** listed below You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**
1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE
https //med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https //med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number 6424284613000

## Reconsideration Request Form

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted] ____________________

2a Medicare Number: ____________________

2b. Claim Number: [redacted] ____________________

3. Provider Name: Paul Bezas, PA

4. Person Appealing: ◻ Beneficiary ◻ Provider of Service ◻ Representative

5. Address of the Person Appealing: ____________________

5a Telephone Number of the Person Appealing ____________________

5b. Email Address of the Person Appealing: ____________________

6. Item or service you wish to appeal: ____________________

7. Date of the service: From ____/____/____ To ____/____/____

8. Does this appeal involve an overpayment? ◻ Yes ◻ No
*Please include a copy of the demand letter (if applicable) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): ____________________

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
◻ Medical Records ◻ Office Records/Progress Notes ◻ Treatment Plan
◻ Copy of the Claim ◻ Certificate of Medical Necessity

11. Name of Person Appealing: ____________________

12. Signature of Person Appealing ____________________ Date: ____/____/____

Contractor Number 03602

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

[redacted]

**Medicare Appeal Decision**

December 04, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 30, 2024 |
| Correspondence Control Number: | 6424284610110 |
| Internal Control Number | 3224185029540 |

This is a copy of the letter that was sent to your provider.

Dear Paul Bezas, PA

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the services at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC). Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights."

A copy of this letter was also sent to [redacted]. Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal.

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 30, 2024
- Type of Service Surgery
- A claim was submitted for 16 units of Q4204-JZ
- An initial determination on this claim was made on August 15, 2024
- The services were denied due to the following:
    - o Procedure/treatment has not been deemed 'proven to be effective' by Medicare.
- On October 10, 2024 we received a request for a redetermination
- An Electronically Submitted Appeal Form, Office Notes, Wound Care Report, Wound Picture, Appeal Letter, and Invoice were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment for the services. Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

This redetermination was requested based on a finding by our Contractor Medical Directors (CMDs). Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:

- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support payment for Q4204. The documentation indicated the beneficiary presented for wound care with a skin substitute applied. Our Contractor Medical Directors have reviewed this claim, and it has been deemed that this service is investigational as there is no data to support benefit to a pressure sore from the application of a skin substitute and, therefore, does not meet the requirements to be medically necessary. Therefore, no payment will be allowed. For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR.

WHO IS RESPONSIBLE FOR THE BILL?

The services in question are denied as provider responsibility. Therefore, the provider is responsible for the denied charges.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians and providers ONLY) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Shelly O
Lisa H, RN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" handbook, under the "Talk to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal

If you need more information or have any questions, please contact our office at the appropriate number listed below. You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**
1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE
https://med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https://med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number 6424284610110

## Reconsideration Request Form

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request

C2C QIC Part B North
P O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted] ______

2a Medicare Number: ______

2b. Claim Number: [redacted] ______

3. Provider Name: Paul Bezas, PA

4. Person Appealing: ☐ Beneficiary ☐ Provider of Service ☐ Representative

5. Address of the Person Appealing: ______

5a Telephone Number of the Person Appealing ______

5b. Email Address of the Person Appealing: ______

6. Item or service you wish to appeal: ______

7. Date of the service: From ____/____/_____ To ____/____/______

8. Does this appeal involve an overpayment? ☐ Yes ☐ No
*Please include a copy of the demand letter (if applicable) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): ______

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
☐ Medical Records ☐ Office Records/Progress Notes ☐ Treatment Plan
☐ Copy of the Claim ☐ Certificate of Medical Necessity

11. Name of Person Appealing: ______

12. Signature of Person Appealing ______ Date: ____/____/______

Contractor Number 03602

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

PAUL BEZAS, PA
PO BOX 1805
GILLETTE, WY 82717-1805

**Medicare Appeal Decision**

December 04, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 30, 2024 |
| Correspondence Control Number: | 6424284610110 |
| Internal Control Number | 3224185029540 |

Dear Paul Bezas, PA

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the services at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC). Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights."

A copy of this letter was also sent to [redacted]. Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal.

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 30, 2024
- Type of Service Surgery
- A claim was submitted for 16 units of Q4204-JZ
- An initial determination on this claim was made on August 15, 2024.
- The services were denied due to the following:
  - Procedure/treatment has not been deemed 'proven to be effective' by Medicare.
- On October 10, 2024 we received a request for a redetermination
- An Electronically Submitted Appeal Form, Office Notes, Wound Care Report, Wound Picture, Appeal Letter, and Invoice were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment for the services Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

This redetermination was requested based on a finding by our Contractor Medical Directors (CMDs). Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:

- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support payment for Q4204. The documentation indicated the beneficiary presented for wound care with a skin substitute applied. Our Contractor Medical Directors have reviewed this claim, and it has been deemed that this service is investigational as there is no data to support benefit to a pressure sore from the application of a skin substitute and, therefore, does not meet the requirements to be medically necessary. Therefore, no payment will be allowed. For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR.

WHO IS RESPONSIBLE FOR THE BILL?

The services in question are denied as provider responsibility. Therefore, the provider is responsible for the denied charges.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians and providers ONLY) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Shelly O
Lisa H, RN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" handbook, under the "Talk to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal

If you need more information or have any questions, please contact our office at the appropriate number listed below You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**
1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE
https //med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https //med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number 6424284610110

**Reconsideration Request Form**

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted] ____________________

2a Medicare Number: ____________________

2b. Claim Number: [redacted] ____________________

3. Provider Name: Paul Bezas, PA

4. Person Appealing: ☐ Beneficiary ☐ Provider of Service ☐ Representative

5. Address of the Person Appealing: ____________________

5a Telephone Number of the Person Appealing ____________________

5b. Email Address of the Person Appealing: ____________________

6. Item or service you wish to appeal: ____________________

7. Date of the service: From ____/____/____ To ____/____/____

8. Does this appeal involve an overpayment? ☐ Yes ☐ No
*Please include a copy of the demand letter (if applicable) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): ____________________

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
☐ Medical Records ☐ Office Records/Progress Notes ☐ Treatment Plan
☐ Copy of the Claim ☐ Certificate of Medical Necessity

11. Name of Person Appealing: ____________________

12. Signature of Person Appealing ____________________ Date: ____/____/____

Contractor Number 03602

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

[redacted]

## Medicare Appeal Decision

December 19, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 18, 2024 |
| Correspondence Control Number: | 6424299614000 |
| Internal Control Number | 3224187009310 |

This is a copy of the letter that was sent to your provider.

Dear Paul Bezas, PA

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the service at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC) Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights"

A copy of this letter was also sent to [redacted]. Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal.

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 18, 2024
- Type of Service Surgery
- A claim was submitted for 32 units of Q4204-JZ
- An initial determination on this claim was made on September 5, 2024.
- The services were denied due to the following:
    - These are non-covered services because this is not deemed a 'medical necessity' by Medicare. Usage: Refer to the 835 Healthcare Policy Identification Segment (loop 2110 Service Payment Information REF), if present
- On October 25, 2024 we received a request for a redetermination
- An Electronically Submitted Appeal Form and Office Notes were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment of this service Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:
- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support procedure code Q4204. The documentation indicated the beneficiary presented for wound care for a pressure sore with skin substitute applied. Our Contractor Medical Directors have reviewed similar claims and has been deemed that this service is investigational due to insufficient data to support benefit to a pressure sore from the application of a skin substitute, and therefore, does not meet the requirements to be medically necessary. Therefore, no payment will be allowed. The denial message has been changed to state, "Procedure/treatment has not been deemed 'proven to be effective' by Medicare." For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR. An adjusted claim is being processed. If you do not receive a new Remittance Advice within 45 days, please contact us at one of the phone numbers located in this letter.

WHO IS RESPONSIBLE FOR THE BILL?

After determining that the item or service will not be covered by Medicare, we must determine who is financially liable for the denied item or service. When an item or service is denied under §1862(a)(1), §1862(a)(9), or §1879(g) of the Social Security Act (the Act), we must determine if the beneficiary and the provider either knew or could reasonably be expected to know that the item or service would not be covered. This is known as the limitation on liability provision of §1879 of the Act.

If the beneficiary was informed by their provider in writing in advance of receiving the service that Medicare may not make payment (through receipt of an Advance Beneficiary Notice of Noncoverage), the beneficiary may be responsible for the cost of the denied item or service. If the provider knew or could reasonably be expected to know the item or service would not be covered, but the beneficiary did not have such knowledge, then the provider may be responsible for the cost of the denied item or service.

There is no evidence to indicate that the provider notified the beneficiary in advance that the service would not be covered by Medicare. Therefore, we have determined that the beneficiary did not know and could not reasonably have been expected to know that the service would not be covered.

In addition, we have determined that the provider either knew or could reasonably be expected to know that the service would not be covered by Medicare. Based on the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR, the provider knew or should have known the item provided would not be covered.

Since the provider has been determined to have had knowledge of the non-covered service, the provider is liable for the cost of the denied service. The provider may not bill the beneficiary for the cost of the denied service and must refund any monies collected from the beneficiary.

NOTE TO BENEFICIARY:

If you paid any amounts to Paul Bezas, PA for this service, Medicare will pay you back the amount you paid. To get this payment, bring or send to this office three things:

1) A copy of this notice,
2) Your provider's bill, and
3) The payment receipt, your cancelled check, or any other evidence showing that you have already paid Paul Bezas, PA for the services at issue.

You should file your written request for refund within 6 months of the date of this notice.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians and providers ONLY) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Cynthia F
Melissa C, RN, BSN, MSN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" handbook, under the "Talk to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal

If you need more information or have any questions, please contact our office at the appropriate number listed below. You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**
1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE
https://med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https://med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number 6424299614000

## Reconsideration Request Form

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted]

2a Medicare Number: ______

2b. Claim Number: [redacted]

3. Provider Name: Paul Bezas, PA

4. Person Appealing: ◻ Beneficiary ◻ Provider of Service ◻ Representative

5. Address of the Person Appealing: ______

5a Telephone Number of the Person Appealing ______

5b. Email Address of the Person Appealing: ______

6. Item or service you wish to appeal: ______

7. Date of the service: From ____/____/____ To ____/____/____

8. Does this appeal involve an overpayment? ◻ Yes ◻ No
*Please include a copy of the demand letter (if applicable) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): ______

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
◻ Medical Records ◻ Office Records/Progress Notes ◻ Treatment Plan
◻ Copy of the Claim ◻ Certificate of Medical Necessity

11. Name of Person Appealing: ______

12. Signature of Person Appealing ______ Date: ____/____/____

Contractor Number 03602

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

PAUL BEZAS, PA
PO BOX 1805
GILLETTE, WY 82717-1805

**Medicare Appeal Decision**

December 19, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 18, 2024 |
| Correspondence Control Number: | 6424299614000 |
| Internal Control Number | 3224187009310 |

Dear Paul Bezas, PA

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the service at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC). Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights."

A copy of this letter was also sent to [redacted]. Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal.

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 18, 2024
- Type of Service Surgery
- A claim was submitted for 32 units of Q4204-JZ
- An initial determination on this claim was made on September 5, 2024.
- The services were denied due to the following:
    - These are non-covered services because this is not deemed a 'medical necessity' by Medicare. Usage: Refer to the 835 Healthcare Policy Identification Segment (loop 2110 Service Payment Information REF), if present
- On October 25, 2024 we received a request for a redetermination
- An Electronically Submitted Appeal Form and Office Notes were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment of this service Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:
- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support procedure code Q4204. The documentation indicated the beneficiary presented for wound care for a pressure sore with skin substitute applied. Our Contractor Medical Directors have reviewed similar claims and has been deemed that this service is investigational due to insufficient data to

support benefit to a pressure sore from the application of a skin substitute, and therefore, does not meet the requirements to be medically necessary. Therefore, no payment will be allowed. The denial message has been changed to state, "Procedure/treatment has not been deemed 'proven to be effective' by Medicare." For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR. An adjusted claim is being processed. If you do not receive a new Remittance Advice within 45 days, please contact us at one of the phone numbers located in this letter.

WHO IS RESPONSIBLE FOR THE BILL?

After determining that the item or service will not be covered by Medicare, we must determine who is financially liable for the denied item or service. When an item or service is denied under §1862(a)(1), §1862(a)(9), or §1879(g) of the Social Security Act (the Act), we must determine if the beneficiary and the provider either knew or could reasonably be expected to know that the item or service would not be covered. This is known as the limitation on liability provision of §1879 of the Act.

If the beneficiary was informed by their provider in writing in advance of receiving the service that Medicare may not make payment (through receipt of an Advance Beneficiary Notice of Noncoverage), the beneficiary may be responsible for the cost of the denied item or service. If the provider knew or could reasonably be expected to know the item or service would not be covered, but the beneficiary did not have such knowledge, then the provider may be responsible for the cost of the denied item or service.

There is no evidence to indicate that the provider notified the beneficiary in advance that the service would not be covered by Medicare. Therefore, we have determined that the beneficiary did not know and could not reasonably have been expected to know that the service would not be covered.

In addition, we have determined that the provider either knew or could reasonably be expected to know that the service would not be covered by Medicare. Based on the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR, the provider knew or should have known the item provided would not be covered.

Since the provider has been determined to have had knowledge of the non-covered service, the provider is liable for the cost of the denied service. The provider may not bill the beneficiary for the cost of the denied service and must refund any monies collected from the beneficiary.

NOTE TO BENEFICIARY:

If you paid any amounts to Paul Bezas, PA for this service, Medicare will pay you back the amount you paid. To get this payment, bring or send to this office three things:

1) A copy of this notice,
2) Your provider's bill, and
3) The payment receipt, your cancelled check, or any other evidence showing that you have already paid Paul Bezas, PA for the services at issue.

You should file your written request for refund within 6 months of the date of this notice.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians and providers ONLY) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Cynthia F
Melissa C, RN, BSN, MSN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" handbook, under the "Talk to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal

If you need more information or have any questions, please contact our office at the appropriate number listed below You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**
1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE
https //med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https //med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number 6424299614000

## Reconsideration Request Form

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted]ver

2a Medicare Number: __________

2b. Claim Number: [redacted]

3. Provider Name: Paul Bezas, PA

4. Person Appealing: ☐ Beneficiary ☐ Provider of Service ☐ Representative

5. Address of the Person Appealing: __________

5a Telephone Number of the Person Appealing __________

5b. Email Address of the Person Appealing: __________

6. Item or service you wish to appeal: __________

7. Date of the service: From ___/___/___ To ___/___/___

8. Does this appeal involve an overpayment? ☐ Yes ☐ No
*Please include a copy of the demand letter (if applicable) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): __________

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
☐ Medical Records ☐ Office Records/Progress Notes ☐ Treatment Plan
☐ Copy of the Claim ☐ Certificate of Medical Necessity

11. Name of Person Appealing: __________

12. Signature of Person Appealing __________ Date: ___/___/___

Contractor Number 03602

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

[redacted]

## Medicare Appeal Decision

December 05, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 26, 2024 |
| Correspondence Control Number: | 6424284613000 |
| Internal Control Number | 3224187009290 |

This is a copy of the letter that was sent to your provider.

Dear Paul Bezas, PA

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the service at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC) Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights"

A copy of this letter was also sent to [redacted]. Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 26, 2024
- Type of Service Surgery
- A claim was submitted for 16 units of Q4204-JZ
- An initial determination on this claim was made on September 5, 2024.
- The services were denied due to the following:
  - These are non-covered services because this is not deemed a 'medical necessity' by Medicare. Usage: Refer to the 835 Healthcare Policy Identification Segment (loop 2110 Service Payment Information REF), if present
- On October 10, 2024 we received a request for a redetermination
- An Electronically Submitted Appeal Form, Graft Details, Encounter Note, Letter of Medical Necessity, Invoice, and Wound Graft Article were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment of this service Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:

- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support payment for Q4204. The documentation indicated the beneficiary presented for wound care with a skin substitute applied. Our Contractor Medical Directors have reviewed similar claims, and it has been deemed that this service is investigational as there is poor evidence to support benefit from the application of a skin substitute and, therefore, does not meet the requirements to be medically necessary. Therefore, no payment will be allowed. The denial message has been changed to state, "Procedure/treatment has not been deemed 'proven to be effective' by Medicare." For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR. An adjusted claim is being processed. If you do not receive a new Remittance Advice within 45 days, please contact us at one of the phone numbers located in this letter.

Multiple redetermination requests were received for this service on Correspondence Control Number 6424299615000 on October 25, 2024 via Electronic Submission. This redetermination decision was timely in accordance with 42 CFR §405.944(c).

WHO IS RESPONSIBLE FOR THE BILL?

After determining that the item or service will not be covered by Medicare, we must determine who is financially liable for the denied item or service. When an item or service is denied under §1862(a)(1), §1862(a)(9), or §1879(g) of the Social Security Act (the Act), we must determine if the beneficiary and the provider either knew or could reasonably be expected to know that the item or service would not be covered. This is known as the limitation on liability provision of §1879 of the Act.

If the beneficiary was informed by their provider in writing in advance of receiving the service that Medicare may not make payment (through receipt of an Advance Beneficiary Notice of Noncoverage), the beneficiary may be responsible for the cost of the denied item or service. If the provider knew or could reasonably be expected to know the item or service would not be covered, but the beneficiary did not have such knowledge, then the provider may be responsible for the cost of the denied item or service.

There is no evidence to indicate that the provider notified the beneficiary in advance that the service would not be covered by Medicare. Therefore, we have determined that the beneficiary did not know and could not reasonably have been expected to know that the service would not be covered.

In addition, we have determined that the provider either knew or could reasonably be expected to know that the service would not be covered by Medicare. Based on the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR, the provider knew or should have known the item provided would not be covered.

Since the provider has been determined to have had knowledge of the non-covered service, the provider is liable for the cost of the denied service. The provider may not bill the beneficiary for the cost of the denied service and must refund any monies collected from the beneficiary.

NOTE TO BENEFICIARY:

If you paid any amounts to Paul Bezas, PA for this service, Medicare will pay you back the amount you paid. To get this payment, bring or send to this office three things:

1) A copy of this notice,
2) Your provider's bill, and

3) The payment receipt, your cancelled check, or any other evidence showing that you have already paid Paul Bezas, PA for the services at issue.

You should file your written request for refund within 6 months of the date of this notice.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians and providers ONLY) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Cynthia F
Amelia S, RN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" handbook, under the "Talk to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal

If you need more information or have any questions, please contact our office at the appropriate number listed below. You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**
1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE
https://med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https://med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number 6424284613000

## Reconsideration Request Form

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request.

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted] ______

2a. Medicare Number: ______

2b. Claim Number: [redacted] ______

3. Provider Name: Paul Bezas, PA

4. Person Appealing: ☐ Beneficiary ☐ Provider of Service ☐ Representative

5. Address of the Person Appealing: ______

5a. Telephone Number of the Person Appealing: ______

5b. Email Address of the Person Appealing: ______

6. Item or service you wish to appeal: ______

7. Date of the service: From ___/___/___ To ___/___/___

8. Does this appeal involve an overpayment? ☐ Yes ☐ No
*Please include a copy of the demand letter (if applicable) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): ______

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
☐ Medical Records ☐ Office Records/Progress Notes ☐ Treatment Plan
☐ Copy of the Claim ☐ Certificate of Medical Necessity

11. Name of Person Appealing: ______

12. Signature of Person Appealing ______ Date: ___/___/___

Contractor Number 03602

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

PAUL BEZAS, PA
PO BOX 1805
GILLETTE, WY 82717-1805

**Medicare Appeal Decision**

December 05, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 26, 2024 |
| Correspondence Control Number: | 6424284613000 |
| Internal Control Number | 3224187009290 |

Dear Paul Bezas, PA

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the service at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC). Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights."

A copy of this letter was also sent to [redacted]. Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal.

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 26, 2024
- Type of Service Surgery
- A claim was submitted for 16 units of Q4204-JZ
- An initial determination on this claim was made on September 5, 2024.
- The services were denied due to the following:
  - These are non-covered services because this is not deemed a 'medical necessity' by Medicare. Usage: Refer to the 835 Healthcare Policy Identification Segment (loop 2110 Service Payment Information REF), if present
- On October 10, 2024 we received a request for a redetermination
- An Electronically Submitted Appeal Form, Graft Details, Encounter Note, Letter of Medical Necessity, Invoice, and Wound Graft Article were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment of this service Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:

- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support payment for Q4204. The documentation indicated the beneficiary presented for wound care with a skin substitute applied. Our Contractor Medical Directors have reviewed similar claims,

and it has been deemed that this service is investigational as there is poor evidence to support benefit from the application of a skin substitute and, therefore, does not meet the requirements to be medically necessary Therefore, no payment will be allowed. The denial message has been changed to state, "Procedure/treatment has not been deemed 'proven to be effective' by Medicare." For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR. An adjusted claim is being processed. If you do not receive a new Remittance Advice within 45 days, please contact us at one of the phone numbers located in this letter.

Multiple redetermination requests were received for this service on Correspondence Control Number 6424299615000 on October 25, 2024 via Electronic Submission. This redetermination decision was timely in accordance with 42 CFR §405.944(c).

WHO IS RESPONSIBLE FOR THE BILL?

After determining that the item or service will not be covered by Medicare, we must determine who is financially liable for the denied item or service. When an item or service is denied under §1862(a)(1), §1862(a)(9), or §1879(g) of the Social Security Act (the Act), we must determine if the beneficiary and the provider either knew or could reasonably be expected to know that the item or service would not be covered This is known as the limitation on liability provision of §1879 of the Act.

If the beneficiary was informed by their provider in writing in advance of receiving the service that Medicare may not make payment (through receipt of an Advance Beneficiary Notice of Noncoverage), the beneficiary may be responsible for the cost of the denied item or service If the provider knew or could reasonably be expected to know the item or service would not be covered, but the beneficiary did not have such knowledge, then the provider may be responsible for the cost of the denied item or service.

There is no evidence to indicate that the provider notified the beneficiary in advance that the service would not be covered by Medicare. Therefore, we have determined that the beneficiary did not know and could not reasonably have been expected to know that the service would not be covered.

In addition, we have determined that the provider either knew or could reasonably be expected to know that the service would not be covered by Medicare. Based on the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR, the provider knew or should have known the item provided would not be covered.

Since the provider has been determined to have had knowledge of the non-covered service, the provider is liable for the cost of the denied service. The provider may not bill the beneficiary for the cost of the denied service and must refund any monies collected from the beneficiary.

NOTE TO BENEFICIARY:

If you paid any amounts to Paul Bezas, PA for this service, Medicare will pay you back the amount you paid. To get this payment, bring or send to this office three things:

1) A copy of this notice,
2) Your provider's bill, and
3) The payment receipt, your cancelled check, or any other evidence showing that you have already paid Paul Bezas, PA for the services at issue.

You should file your written request for refund within 6 months of the date of this notice.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians and providers ONLY) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Cynthia F
Amelia S, RN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" handbook, under the "Talk to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal

If you need more information or have any questions, please contact our office at the appropriate number listed below You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**
1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE
https //med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https //med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number 6424284613000

## Reconsideration Request Form

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request

C2C QIC Part B North
P O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted] ______

2a Medicare Number: ______

2b. Claim Number: [redacted] ______

3. Provider Name: Paul Bezas, PA

4. Person Appealing: ☐ Beneficiary ☐ Provider of Service ☐ Representative

5. Address of the Person Appealing: ______

5a Telephone Number of the Person Appealing ______

5b. Email Address of the Person Appealing: ______

6. Item or service you wish to appeal: ______

7. Date of the service: From ____/____/____ To ____/____/____

8. Does this appeal involve an overpayment? ☐ Yes ☐ No
*Please include a copy of the demand letter (if applicable) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): ______

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
☐ Medical Records ☐ Office Records/Progress Notes ☐ Treatment Plan
☐ Copy of the Claim ☐ Certificate of Medical Necessity

11. Name of Person Appealing: ______

12. Signature of Person Appealing ______ Date: ____/____/____

Contractor Number 03602

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

[redacted]

**Medicare Appeal Decision**

December 04, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 30, 2024 |
| Correspondence Control Number: | 6424284610110 |
| Internal Control Number | 3224185029540 |

This is a copy of the letter that was sent to your provider.

Dear Paul Bezas, PA

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the services at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC) Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights"

A copy of this letter was also sent to [redacted]. Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal.

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 30, 2024
- Type of Service Surgery
- A claim was submitted for 16 units of Q4204-JZ
- An initial determination on this claim was made on August 15, 2024
- The services were denied due to the following:
  - o Procedure/treatment has not been deemed 'proven to be effective' by Medicare.
- On October 10, 2024 we received a request for a redetermination
- An Electronically Submitted Appeal Form, Office Notes, Wound Care Report, Wound Picture, Appeal Letter, and Invoice were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment for the services Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

This redetermination was requested based on a finding by our Contractor Medical Directors (CMDs). Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:

- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support payment for Q4204. The documentation indicated the beneficiary presented for wound care with a skin substitute applied. Our Contractor Medical Directors have reviewed this claim, and it has been deemed that this service is investigational as there is no data to support benefit to a pressure sore from the application of a skin substitute and, therefore, does not meet the requirements to be medically necessary. Therefore, no payment will be allowed. For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR.

WHO IS RESPONSIBLE FOR THE BILL?

The services in question are denied as provider responsibility. Therefore, the provider is responsible for the denied charges.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians and providers ONLY) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Shelly O
Lisa H, RN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" **handbook, under the "Talk** to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal

If you need more information or have any questions, please contact our office at the appropriate number listed below You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**

1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE
https //med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https //med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number 6424284610110

## Reconsideration Request Form

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted] ______________________

2a. Medicare Number: ______________________

2b. Claim Number: [redacted] ______________________

3. Provider Name: Paul Bezas, PA

4. Person Appealing: ☐ Beneficiary ☐ Provider of Service ☐ Representative

5. Address of the Person Appealing: ______________________

5a. Telephone Number of the Person Appealing ______________________

5b. Email Address of the Person Appealing: ______________________

6. Item or service you wish to appeal: ______________________

7. Date of the service: From ____/____/____ To ____/____/____

8. Does this appeal involve an overpayment? ☐ Yes ☐ No
*Please include a copy of the demand letter (if applicable) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): ______________________

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
☐ Medical Records ☐ Office Records/Progress Notes ☐ Treatment Plan
☐ Copy of the Claim ☐ Certificate of Medical Necessity

11. Name of Person Appealing: ______________________

12. Signature of Person Appealing ______________________ Date: ____/____/____

Contractor Number 03602

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

PAUL BEZAS, PA
PO BOX 1805
GILLETTE, WY 82717-1805

**Medicare Appeal Decision**

December 04, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 30, 2024 |
| Correspondence Control Number: | 6424284610110 |
| Internal Control Number | 3224185029540 |

Dear Paul Bezas, PA

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the services at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC) Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights"

A copy of this letter was also sent to [redacted]. Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal.

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 30, 2024
- Type of Service Surgery
- A claim was submitted for 16 units of Q4204-JZ
- An initial determination on this claim was made on August 15, 2024.
- The services were denied due to the following:
  - o Procedure/treatment has not been deemed 'proven to be effective' by Medicare.
- On October 10, 2024 we received a request for a redetermination
- An Electronically Submitted Appeal Form, Office Notes, Wound Care Report, Wound Picture, Appeal Letter, and Invoice were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment for the services. Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

This redetermination was requested based on a finding by our Contractor Medical Directors (CMDs). Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:

- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support payment for Q4204. The documentation indicated the beneficiary presented for wound care with a skin substitute applied. Our Contractor Medical Directors have reviewed this claim, and it has been deemed that this service is investigational as there is no data to support benefit to a pressure sore from the application of a skin substitute and, therefore, does not meet the requirements to be medically necessary. Therefore, no payment will be allowed. For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR.

WHO IS RESPONSIBLE FOR THE BILL?

The services in question are denied as provider responsibility. Therefore, the provider is responsible for the denied charges.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians and providers ONLY) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Shelly O
Lisa H, RN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" handbook, under the "Talk to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal

If you need more information or have any questions, please contact our office at the appropriate number listed below You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**
1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE
https //med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https //med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number 6424284610110

## Reconsideration Request Form

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request

C2C QIC Part B North
P O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted]

2a Medicare Number: ______

2b. Claim Number: [redacted]0

3. Provider Name: Paul Bezas, PA

4. Person Appealing: ☐ Beneficiary ☐ Provider of Service ☐ Representative

5. Address of the Person Appealing: ______

5a Telephone Number of the Person Appealing ______

5b. Email Address of the Person Appealing: ______

6. Item or service you wish to appeal: ______

7. Date of the service: From ____/____/____ To ____/____/____

8. Does this appeal involve an overpayment? ☐ Yes ☐ No
*Please include a copy of the demand letter (if applicable) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): ______

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
☐ Medical Records ☐ Office Records/Progress Notes ☐ Treatment Plan
☐ Copy of the Claim ☐ Certificate of Medical Necessity

11. Name of Person Appealing: ______

12. Signature of Person Appealing ______ Date: ____/____/____

Contractor Number 03602

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

[redacted]

## Medicare Appeal Decision

December 04, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 18, 2024 |
| Correspondence Control Number: | 6424284610090 |
| Internal Control Number | 3224187009300 |

This is a copy of the letter that was sent to your provider.

Dear Paul Bezas, PA

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the services at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC). Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights."

A copy of this letter was also sent to [redacted]. Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal.

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 18, 2024
- Type of Service Surgery
- A claim was submitted for 24 units of Q4204-JZ
- An initial determination on this claim was made on August 15, 2024
- The services were denied due to the following:
    - o Procedure/treatment has not been deemed 'proven to be effective' by Medicare.
- On October 10, 2024 we received a request for a redetermination
- An Electronically Submitted Appeal Form, Office Notes, Wound Information, Wound Pictures, Invoice, Appeal Letter, and Peer Reviewed Literature were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment for the services. Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

This redetermination was requested based on a finding by our Contractor Medical Directors (CMDs). Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:

- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support payment for Q4204. The documentation indicated the beneficiary presented for wound care with a skin substitute applied. Our Contractor Medical Directors have reviewed this claim, and it has been deemed that this service is investigational as there is no data to support benefit to a pressure sore from the application of a skin substitute and, therefore, does not meet the requirements to be medically necessary. Therefore, no payment will be allowed. For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR.

WHO IS RESPONSIBLE FOR THE BILL?

The services in question are denied as provider responsibility. Therefore, the provider is responsible for the denied charges.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians and providers ONLY) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Shelly O
Lisa H, RN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" handbook, under the "Talk to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal

If you need more information or have any questions, please contact our office at the appropriate number listed below You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**
1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE
https //med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https //med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number 6424284610090

**Reconsideration Request Form**

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request

C2C QIC Part B North
P O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted]

2a Medicare Number: ______

2b. Claim Number: [redacted]

3. Provider Name: Paul Bezas, PA

4. Person Appealing: ☐ Beneficiary ☐ Provider of Service ☐ Representative

5. Address of the Person Appealing: ______

5a Telephone Number of the Person Appealing ______

5b. Email Address of the Person Appealing: ______

6. Item or service you wish to appeal: ______

7. Date of the service: From ___/___/___ To ___/___/___

8. Does this appeal involve an overpayment? ☐ Yes ☐ No
*Please include a copy of the demand letter (if applicable) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): ______

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
☐ Medical Records ☐ Office Records/Progress Notes ☐ Treatment Plan
☐ Copy of the Claim ☐ Certificate of Medical Necessity

11. Name of Person Appealing: ______

12. Signature of Person Appealing ______ Date: ___/___/___

Contractor Number 03602

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

PAUL BEZAS, PA
PO BOX 1805
GILLETTE, WY 82717-1805

**Medicare Appeal Decision**

December 04, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 18, 2024 |
| Correspondence Control Number: | 6424284610090 |
| Internal Control Number | 3224187009300 |

Dear Paul Bezas, PA

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the services at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC). Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights."

A copy of this letter was also sent to [redacted]. Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal.

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 18, 2024
- Type of Service Surgery
- A claim was submitted for 24 units of Q4204-JZ
- An initial determination on this claim was made on August 15, 2024.
- The services were denied due to the following:
    - Procedure/treatment has not been deemed 'proven to be effective' by Medicare.
- On October 10, 2024 we received a request for a redetermination
- An Electronically Submitted Appeal Form, Office Notes, Wound Information, Wound Pictures, Invoice, Appeal Letter, and Peer Reviewed Literature were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment for the services Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

This redetermination was requested based on a finding by our Contractor Medical Directors (CMDs). Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:

- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support payment for Q4204. The documentation indicated the beneficiary presented for wound care with a skin substitute applied. Our Contractor Medical Directors have reviewed this claim, and it has been deemed that this service is investigational as there is no data to support benefit to a pressure sore from the application of a skin substitute and, therefore, does not meet the requirements to be medically necessary. Therefore, no payment will be allowed. For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR.

WHO IS RESPONSIBLE FOR THE BILL?

The services in question are denied as provider responsibility. Therefore, the provider is responsible for the denied charges.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians and providers ONLY) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Shelly O
Lisa H, RN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" handbook, under the "Talk to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal

If you need more information or have any questions, please contact our office at the appropriate number listed below You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**
1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE
https //med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https //med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number 6424284610090

**Reconsideration Request Form**

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request

C2C QIC Part B North
P O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted]

2a Medicare Number: ______________________

2b. Claim Number: [redacted]

3. Provider Name: Paul Bezas, PA

4. Person Appealing: ☐ Beneficiary ☐ Provider of Service ☐ Representative

5. Address of the Person Appealing: ______________________

5a Telephone Number of the Person Appealing ______________________

5b. Email Address of the Person Appealing: ______________________

6. Item or service you wish to appeal: ______________________

7. Date of the service: From ____/____/____ To ____/____/____

8. Does this appeal involve an overpayment? ☐ Yes ☐ No
*Please include a copy of the demand letter (if applicable) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): ______________________

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
☐ Medical Records ☐ Office Records/Progress Notes ☐ Treatment Plan
☐ Copy of the Claim ☐ Certificate of Medical Necessity

11. Name of Person Appealing: ______________________

12. Signature of Person Appealing ______________________ Date: ____/____/____

Contractor Number 03602

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

[redacted]

## Medicare Appeal Decision

December 04, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 26, 2024 |
| Correspondence Control Number: | 6424284610100 |
| Internal Control Number | 3224187009280 |

This is a copy of the letter that was sent to your provider.

Dear Paul Bezas, PA

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the service at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC). Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights."

A copy of this letter was also sent to [redacted]. Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal.

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 26, 2024
- Type of Service Surgery
- A claim was submitted for 24 units of Q4204-JZ
- An initial determination on this claim was made on August 19, 2024.
- The services were denied due to the following:
  - o Procedure/treatment has not been deemed 'proven to be effective' by Medicare. Usage: Refer to the 835 Healthcare Policy Identification Segment (loop 2110 Service Payment Information REF), if present.
- On October 10, 2024 we received a request for a redetermination
- An Electronically Submitted Appeal Form, Encounter Note, Letter of Medical Necessity, Invoice, Graft Product Information, and Article to Support Medical Necessity were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment of this service Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

This redetermination was requested based on a finding by our Contractor Medical Directors (CMDs). Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:

- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support payment for Q4204. The documentation indicated the beneficiary presented for wound care with a skin substitute applied. Our Contractor Medical Directors have reviewed this claim, and it has been deemed that this service is investigational as there is no data to support benefit to a pressure sore from the application of a skin substitute and, therefore, does not meet the requirements to be medically necessary. Therefore, no payment will be allowed. For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR.

WHO IS RESPONSIBLE FOR THE BILL?

After determining that the item or service will not be covered by Medicare, we must determine who is financially liable for the denied item or service. When an item or service is denied under §1862(a)(1), §1862(a)(9), or §1879(g) of the Social Security Act (the Act), we must determine if the beneficiary and the provider either knew or could reasonably be expected to know that the item or service would not be covered. This is known as the limitation on liability provision of §1879 of the Act.

If the beneficiary was informed by their provider in writing in advance of receiving the service that Medicare may not make payment (through receipt of an Advance Beneficiary Notice of Noncoverage), the beneficiary may be responsible for the cost of the denied item or service. If the provider knew or could reasonably be expected to know the item or service would not be covered, but the beneficiary did not have such knowledge, then the provider may be responsible for the cost of the denied item or service.

There is no evidence to indicate that the provider notified the beneficiary in advance that the service would not be covered by Medicare. Therefore, we have determined that the beneficiary did not know and could not reasonably have been expected to know that the service would not be covered.

In addition, we have determined that the provider either knew or could reasonably be expected to know that the service would not be covered by Medicare. Based on the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR, the provider knew or should have known the item provided would not be covered.

Since the provider has been determined to have had knowledge of the non-covered service, the provider is liable for the cost of the denied service. The provider may not bill the beneficiary for the cost of the denied service and must refund any monies collected from the beneficiary.

NOTE TO BENEFICIARY:

If you paid any amounts to Paul Bezas, PA for this service, Medicare will pay you back the amount you paid. To get this payment, bring or send to this office three things:

1) A copy of this notice,
2) Your provider's bill, and
3) The payment receipt, your cancelled check, or any other evidence showing that you have already paid Paul Bezas, PA for the services at issue.

You should file your written request for refund within 6 months of the date of this notice.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians and providers ONLY) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Cynthia F
Lisa H, RN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" handbook, under the "Talk to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal

If you need more information or have any questions, please contact our office at the appropriate number listed below. You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**
1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE
https://med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https://med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number 6424284610100

## Reconsideration Request Form

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted] ____________________
2a. Medicare Number: ____________________
2b. Claim Number: [redacted] ____________________
3. Provider Name: Paul Bezas, PA
4. Person Appealing: ☐ Beneficiary ☐ Provider of Service ☐ Representative
5. Address of the Person Appealing: ____________________
5a. Telephone Number of the Person Appealing ____________________
5b. Email Address of the Person Appealing: ____________________
6. Item or service you wish to appeal: ____________________
7. Date of the service: From ____/____/____ To ____/____/____
8. Does this appeal involve an overpayment? ☐ Yes ☐ No
   *Please include a copy of the demand letter (if applicable) with your request.
9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): ____________________
10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
   ☐ Medical Records ☐ Office Records/Progress Notes ☐ Treatment Plan
   ☐ Copy of the Claim ☐ Certificate of Medical Necessity
11. Name of Person Appealing: ____________________
12. Signature of Person Appealing ____________________ Date: ____/____/____

Contractor Number 03602

Part B MAC Jurisdiction F
P.O. Box 6708
Fargo, ND 58108-6708
Beneficiary Services
1-800-MEDICARE
(1-800-633-4227)
1-877-486-2048 (TDD)
Provider Services:
1-877-908-8431

PAUL BEZAS, PA
PO BOX 1805
GILLETTE, WY 82717-1805

**Medicare Appeal Decision**

December 04, 2024

| | |
|---|---|
| Medicare Number: | [redacted] |
| Beneficiary: | [redacted] |
| Date of Service: | April 26, 2024 |
| Correspondence Control Number: | 6424284610100 |
| Internal Control Number | 3224187009280 |

Dear Paul Bezas, PA

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for Q4204-JZ (Xwrap, per square centimeter).

The appeal decision is unfavorable. Medicare does not cover the service at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC) Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled "Important Information About Your Appeal Rights"

A copy of this letter was also sent to [redacted]. Noridian Healthcare Solutions (Noridian) was contracted by Medicare to review your appeal.

**Summary of the Facts**

- Provider Name: Paul Bezas, PA
- Date of Service: April 26, 2024
- Type of Service Surgery
- A claim was submitted for 24 units of Q4204-JZ
- An initial determination on this claim was made on August 19, 2024
- The services were denied due to the following:
    - Procedure/treatment has not been deemed 'proven to be effective' by Medicare. Usage: Refer to the 835 Healthcare Policy Identification Segment (loop 2110 Service Payment Information REF), if present.
- On October 10, 2024 we received a request for a redetermination
- An Electronically Submitted Appeal Form, Encounter Note, Letter of Medical Necessity, Invoice, Graft Product Information, and Article to Support Medical Necessity were submitted with the request.

DECISION:

We have found that the above-mentioned claim is not covered by Medicare. We have also found that the provider is responsible for payment of this service Note: If you are appealing more than one item or service, please note that your decision may be communicated in separate letters or Medicare Summary Notices.

EXPLANATION OF DECISION:

This redetermination was requested based on a finding by our Contractor Medical Directors (CMDs). Our medical staff reviewed the submitted documentation and information in the beneficiary's file. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual (IOM), Publication 100-08, Chapter 3, Section 3.6.2.2 states, "If no local coverage determination (LCD) exists for a particular item or service, the MACs [Medicare Administrative Contractors], CERT [Comprehensive Error Rate Testing], Recovery Auditors, and UPICs [Unified Program Integrity Contractors] shall consider an item or service to be reasonable and necessary if the item or service meets the following criteria:
- It is safe and effective;
- It is not experimental or investigational; and
- It is appropriate, including the duration and frequency in terms of whether the service or item is:

o Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the beneficiary's condition or to improve the function of a malformed body member;
o Furnished in a setting appropriate to the beneficiary's medical needs and condition;
o Ordered and furnished by qualified personnel; and,
o One that meets, but does not exceed, the beneficiary's medical need."

Medicare law dictates payment and payment amount is contingent upon timely provider submission of information supporting medical reasonability and appropriateness as set forth by Title XVIII, §1833(e) of the Social Security Act (SSA) and Title 42 of the Code of Federal Regulations (CFR), §424.5(a)(6). Also, under Medicare law, "Notwithstanding any other provision of this title, no payment may be made under part A or part B for any expenses incurred for items or services—which, except for items and services described in a succeeding subparagraph, are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." (§1862(a)(1)(A) of the Social Security Act (SSA), Title XVIII)

The nurse is unable to support payment for Q4204. The documentation indicated the beneficiary presented for wound care with a skin substitute applied. Our Contractor Medical Directors have reviewed this claim, and it has been deemed that this service is investigational as there is no data to support benefit to a pressure sore from the application of a skin substitute and, therefore, does not meet the requirements to be medically necessary. Therefore, no payment will be allowed. For more information, please refer to the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR.

WHO IS RESPONSIBLE FOR THE BILL?

After determining that the item or service will not be covered by Medicare, we must determine who is financially liable for the denied item or service. When an item or service is denied under §1862(a)(1), §1862(a)(9), or §1879(g) of the Social Security Act (the Act), we must determine if the beneficiary and the provider either knew or could reasonably be expected to know that the item or service would not be covered. This is known as the limitation on liability provision of §1879 of the Act.

If the beneficiary was informed by their provider in writing in advance of receiving the service that Medicare may not make payment (through receipt of an Advance Beneficiary Notice of Noncoverage), the beneficiary may be responsible for the cost of the denied item or service. If the provider knew or could reasonably be expected to know the item or service would not be covered, but the beneficiary did not have such knowledge, then the provider may be responsible for the cost of the denied item or service.

There is no evidence to indicate that the provider notified the beneficiary in advance that the service would not be covered by Medicare. Therefore, we have determined that the beneficiary did not know and could not reasonably have been expected to know that the service would not be covered.

In addition, we have determined that the provider either knew or could reasonably be expected to know that the service would not be covered by Medicare. Based on the CMS IOM, Publication 100-08, Chapter 3, Section 3.6.2.2, to §1833(e) and §1862(a)(1)(A) of the SSA, Title XVIII, and to §424.5(a)(6) of Title 42 of the CFR, the provider knew or should have known the item provided would not be covered.

Since the provider has been determined to have had knowledge of the non-covered service, the provider is liable for the cost of the denied service. The provider may not bill the beneficiary for the cost of the denied service and must refund any monies collected from the beneficiary.

NOTE TO BENEFICIARY:

If you paid any amounts to Paul Bezas, PA for this service, Medicare will pay you back the amount you paid. To get this payment, bring or send to this office three things:

1) A copy of this notice,
2) Your provider's bill, and
3) The payment receipt, your cancelled check, or any other evidence showing that you have already paid Paul Bezas, PA for the services at issue.

You should file your written request for refund within 6 months of the date of this notice.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL:

**NOTE:** (Medicare physicians **and providers ONLY**) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all evidence is not submitted prior to issuance of the reconsideration decision, you will **not** be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the Qualified Independent Contractor.

**NOTE:** You **do not** need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Cynthia F
Lisa H, RN
Noridian Healthcare Solutions, LLC
Medicare Contractor

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Noridian.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal using the form enclosed with this letter.

If you do not use this form, you may write a letter. You must include: your name, your signature, the name of the beneficiary, the Medicare number, a list of the service that you are appealing and the dates of service, and any evidence you wish to attach. You must also indicate that Noridian made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Redetermination Request Form, or other information that explains why this service should be paid. Your provider may be able to provide supporting materials.

If you want to file an appeal, you should send your request to:

C2C QIC Part B North
P.O. Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, provider, or someone else to act for you.

If you want someone to act for you, you may visit website: http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

Medicare Government Relations
P. O. Box 6723
Fargo, ND 58108-6723

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare

& You" handbook, under the "Talk to Someone" section of the website: www.medicare.gov or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal

If you need more information or have any questions, please contact our office at the appropriate number listed below You may also visit us through our website at med.noridianmedicare.com

**Beneficiary Services:**

| | |
|---|---|
| Beneficiary Call Center | 1-800-MEDICARE (1-800-633-4227) |
| Beneficiary TDD | 1-877-486-2048 |

**Provider Services:**

| | |
|---|---|
| Interactive Voice Recognition (IVR) | 1-877-908-8431 |
| Provider Call Center | 1-877-908-8431 |

**Other Resources to Help You:**
1-800-MEDICARE (1-800-633-4227)
TTY/TDD: 1-877-486-2048
med.noridianmedicare.com

If you are a Medicare Provider, you may sign up for the Noridian Medicare e-mail via our Noridian Medicare portal. To register, follow the links below:

For JE
https //med.noridianmedicare.com/web/jeb/fees-news/email

For JF:
https //med.noridianmedicare.com/web/jfb/fees-news/email

Redetermination/Appeals Number 6424284610100

## Reconsideration Request Form

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete and include information for items 1, 2a, 6, 7, 11, & 12 but to help us serve you better, please include a copy of the redetermination notice with your request

C2C QIC Part B North
P O. Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: [redacted]

2a Medicare Number: ______________________

2b. Claim Number: [redacted]

3. Provider Name: Paul Bezas, PA

4. Person Appealing: ☐ Beneficiary ☐ Provider of Service ☐ Representative

5. Address of the Person Appealing: ______________________

5a Telephone Number of the Person Appealing ______________________

5b. Email Address of the Person Appealing: ______________________

6. Item or service you wish to appeal: ______________________

7. Date of the service: From ____/____/____ To ____/____/____

8. Does this appeal involve an overpayment? ☐ Yes ☐ No
*Please include a copy of the demand letter (if applicable) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary): ______________________

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
☐ Medical Records ☐ Office Records/Progress Notes ☐ Treatment Plan
☐ Copy of the Claim ☐ Certificate of Medical Necessity

11. Name of Person Appealing: ______________________

12. Signature of Person Appealing ______________________ Date: ____/____/____

Contractor Number 03602